1  JERRY D. UNDERWOOD (STATE BAR NO. 202874)
   LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.
2  5241 E. Santa Ana Canyon Road, Suite 135
   Anaheim Hills, CA 92807
3  Telephone: (714) 998-9802

4  MARCELO A. DIEGUEZ (STATE BAR NO. 221951)
   DIEFER LAW GROUP, P.C.
5  2030 Main Street, Suite 1300
   Irvine, CA 92614
6  Telephone: (949) 260-9131

7  Attorneys For Plaintiff
   Susan Soto
8

9  John S. Baker (SBN 144073)
   *baker.john@dorsey.com*
10 Bryan M. McGarry (SBN 258156)
   *mcgarry.bryan@dorsey.com*
11 **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
12 Costa Mesa, CA 92626-7655
   Telephone: (714) 800-1400
13 Facsimile: (714) 800-1499

14 Attorneys for Defendant,
   loanDepot.com, LLC, a Delaware
15 Limited Liability Company
   (erroneously named as a California
16 Limited Liability Company)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUSAN SOTO, an individual, | **CASE NO. 8:15−cv−01126−CJC−DFM** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR ORDER DISMISSING PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION WITHOUT PREJUDICE** |
| LOANDEPOT.COM, LLC, a California Limited Liability Company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

DIEFER LAW
GROUP, P.C.
ATTORNEYS AT LAW

STIPULATION

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SUSAN SOTO (hereafter referred to as "Plaintiff") and defendant LOANDEPOT.COM, LLC, a Delaware Limited Liability Company (erroneously named as a California Limited Liability Company) (hereinafter referred to as "LOANDEPOT.COM" or "Defendant") (collectively, the "Parties"), through their respective attorneys of record, that Plaintiff's second cause of action for failure to accommodate and third cause of action for failure to engage in the interactive process are dismissed without prejudice.

The Parties also hereby request the Court strike from the docket the Amended Complaint filed on December 11, 2015, at Docket No. 13.

**IT IS SO STIPULATED:**

DATED: December 21, 2015   LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.

*/s/ Jerry D. Underwood*
Jerry D. Underwood
Attorney for Plaintiff Susan Soto

DATED: December 21, 2015   DORSEY & WHITNEY LLP

*/s/ Bryan M. McGarry*
John S. Baker
Bryan M. McGarry
Attorneys for Defendant loanDepot.com, LLC, a Delaware Limited Liability Company (erroneously named as a California Limited Liability Company)