JERRY D. UNDERWOOD (STATE BAR NO. 202874)
LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.
5241 E. Santa Ana Canyon Road, Suite 135
Anaheim Hills, CA 92807
Telephone: (714) 998-9802

MARCELO A. DIEGUEZ (STATE BAR NO. 221951)
DIEFER LAW GROUP, P.C.
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-9131

Attorneys For Plaintiff
Susan Soto

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SUSAN SOTO, an individual | CASE NO: **8:15-CV-01126-CJC-DFM** |
|---|---|
| Plaintiff, | Assigned to:<br>Judge Cormac J. Carney<br>Courtroom 9B |
| v. | |
| LOANDEPOT.COM, LLC, a California Limited Liability Company; and DOES 1 through 25, inclusive, | Referred to:<br>Magistrate Judge Douglas F. McCormick<br>Courtroom 6A |
| Defendants. | **NOTICE OF LODGING OF [PROPOSED] ORDER DISMISSING PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION WITHOUT PREJUDICE AND STRIKING THE FIRST AMENDED COMPLAINT** |
| | Action Filed:  June 12, 2015<br>Action Removed: July 16, 2015<br>Trial Date:     None Set |

TO ALL PARTIES, THE COURT, AND ALL COUNSEL:

PLEASE TAKE NOTICE that Plaintiff Susan Soto is hereby lodging with the Court the "[PROPOSED] ORDER DISMISSING SECOND AND THIRD CAUSES OF ACTION WITHOUT PREJUDICE AND STRIKING THE FIRST AMENDED COMPLAINT", a true and correct copy is attached hereto.

DATED: December 23, 2015        LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.


                                */s/ Jerry D. Underwood*_____
                                Jerry D. Underwood
                                Attorney for Plaintiff Susan Soto

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUSAN SOTO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LOANDEPOT.COM, LLC, a California Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 8:15−cv−01126−CJC−DFM**<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION WITHOUT PREJUDICE AND STRIKING THE FIRST AMENDED COMPLAINT** |

The Court having considered the Joint Stipulation for Order Dismissing Plaintiff Susan Soto's Second and Third Causes of Action without Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

- Plaintiff's second cause of action for failure to accommodate and third cause of action for failure to engage in the interactive process are dismissed without prejudice;
- Plaintiff's First Amended Complaint filed on December 11, 2015, at Docket No. 13, is stricken.

**IT IS SO ORDERED:**

Dated: _____          _____
                                                                District Court Judge