1  JERRY D. UNDERWOOD (STATE BAR NO. 202874)
   LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.
2  5241 E. Santa Ana Canyon Road, Suite 135
   Anaheim Hills, CA  92807
3  Telephone:  (714) 998-9802

4  MARCELO A. DIEGUEZ (STATE BAR NO. 221951)
   DIEFER LAW GROUP, P.C.
5  2030 Main Street, Suite 1300
   Irvine, CA  92614
6  Telephone:  (949) 260-9131

7  Attorneys for Plaintiff
   Susan Soto
8

9  John S. Baker (SBN 144073)
   *baker.john@dorsey.com*
10 Bryan M. McGarry (SBN 258156)
   *mcgarry.bryan@dorsey.com*
11 **DORSEY & WHITNEY LLP**
   600 Anton Boulevard, Suite 2000
12 Costa Mesa, CA  92626-7655
   Telephone:  (714) 800-1400
13 Facsimile:  (714) 800-1499

14 Attorneys for Defendant,
   loanDepot.com, LLC, a Delaware
15 Limited Liability Company
   (erroneously named as a California
16 Limited Liability Company)

17                UNITED STATES DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19                      SOUTHERN DIVISION
20

| | |
|---|---|
| SUSAN SOTO, an individual, | **CASE NO. 8:15-CV-01126-CJC-DFM** |
| Plaintiff, | **JOINT STIPULATION FOR ORDER DISMISSING ENTIRE ACTION *WITH PREJUDICE*** |
| vs. | |
| LOANDEPOT.COM, LLC, a California Limited Liability Company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

DIEFER LAW GROUP, P.C.
ATTORNEYS AT LAW

STIPULATION

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff
2  SUSAN SOTO, on the one hand, and Defendant LOANDEPOT.COM, LLC, on the
3  other hand, (collectively, the "Parties") through their respective attorneys of record,
4  that the above-captioned case be dismissed *with prejudice* as to all claims and
5  causes of action in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil
6  Procedure and subject to the Order of this Court.  Each party shall bear its own
7  attorneys' fees and costs.

Dated:  September 1, 2016          LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.

                                    */s/ Jerry D. Underwood*
                                    Jerry D. Underwood
                                    Attorneys for Plaintiff Susan Soto

Dated:  September 1, 2016          DORSEY & WHITNEY LLP

                                    */s/ Bryan M. McGarry*
                                    John S. Baker
                                    Bryan M. McGarry
                                    Attorneys for Defendant loanDepot.com, LLC, a Delaware Limited Liability Company (erroneously named as a California Limited Liability Company)